SHARP, Judge.
Bradley appeals from the circuit court’s denial of his petition for writ of prohibition [1] which sought to prohibit the county court from continuing to exercise jurisdiction over him because of a claimed violation of the speedy trial rule.[2] The circuit court did not reach the merits of this question, relying on Guzman v. Huffstetler, 409 So.2d 134 (Fla. 5th DCA 1982). That case is no longer controlling.[3] We reverse and remand to give the circuit court an opportunity to rule on the matter.
REVERSED AND REMANDED.
DAUKSCH and FRANK D. UP-CHURCH, Jr., JJ., concur.

. Fla.R.App.P. 9.030(c)(3).

. Fla.R.Crim.P. 3.191.

.Ehn v. Smith, 426 So.2d 570 (Fla. 5th DCA 1983) now holds that prohibition is a proper remedy for an alleged speedy trial violation. See also Lowe v. Price, 437 So.2d 142 (Fla.1983); Sherrod v. Franza, 427 So.2d 161 (Fla.1983).